Default - Rule 55A                                                                    (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JACOB PAUTSCH et al
_____
Plaintiff(s)

                                                                 Civil Action: 20-cv-03859-JEB

v.

ISLAMIC REPUBLIC OF IRAN et al
_____
Defendant(s)

**RE:** ISLAMIC REPUBLIC OF IRAN

# DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint        on        June 15, 2022        , and  an  affidavit on behalf of the plaintiff having been filed, it is this ___8th___ day of ___September___, __2022__ declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: _____
                /s/ Tonya Hightower
                Deputy Clerk