Default - Rule 55A                                                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JACOB PAUTSCH et al
_____
Plaintiff(s)

v.                                                                Civil Action: 20-cv-03859-JEB

ISLAMIC REPUBLIC OF IRAN et al
_____
Defendant(s)

**RE:** SYRIAN ARAB REPUBLIC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 23, 2022, and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of September, 2022 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Tonya Hightower
Deputy Clerk