UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------x

JACOB PAUTSCH, *et al.*,                                          :
                                                                 :
                      Plaintiffs,                                :
                                                                 :          **Case No. 20-cv-03859 (JEB)**
-against-                                                        :
                                                                 :
ISLAMIC REPUBLIC OF IRAN, *et al.*,                              :
                                                                 :
                      Defendants.                                :
                                                                 :
------------------------------------------------------------------------x

## **PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

      Plaintiffs, by and through their attorneys, request that the Court enter judgment by default against Defendants Islamic Republic of Iran and the Syrian Arab Republic pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. In support of this request, Plaintiffs rely upon the law, facts, and arguments contained within and attached to their simultaneously filed Plaintiffs' Proposed Findings of Fact and Conclusions of Law in Support of Their Motion for Default Judgment.

Dated: September 20, 2023

                                      Respectfully submitted,

                                      **OSEN LLC**

By:   /s/ Dina Gielchinsky
          Dina Gielchinsky (DC Bar No. NJ011)
          Gary Osen (DC Bar No. NJ009)
          Ari Ungar (DC Bar No. NJ008)
          Michael Radine (DC Bar NJ015)
          Aaron Schlanger (DC Bar No. NJ007)
          190 Moore Street, Suite 272
          Hackensack, New Jersey 07601
          Tel.: (201) 265-6400
          Fax: (201) 265-0303

          *Attorneys for Plaintiffs*