UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOB PAUTSCH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>    Defendant. | Civil Action No. 20-3859 (JEB) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Default Judgment is GRANTED IN PART and DENIED IN PART;

2. Defendants' liability as to Pautsch and servicemembers' families only is established; and

3. By December 19, 2023, Plaintiffs shall file a Status Report indicating when they plan to file a brief on damages.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date:  December 5, 2023

1