UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------x
JACOB PAUTSCH, *et al.*,                           :

                                 :

          Plaintiffs,           :

                                 :    **Case No. 20-cv-03859 (JEB)**

-against-                       :

                                 :

ISLAMIC REPUBLIC OF IRAN, *et al.*,       :

                                 :

          Defendants.        :

                                 :
------------------------------------------------------------------------x

## PLAINTIFFS' RESPONSE TO THE COURT'S DECEMBER 5, 2023, ORDER

Plaintiffs submit this Status Report pursuant to this Court's Order dated December 5, 2023, ECF No. 35, instructing them to indicate by December 19, 2023 "when they plan to file a brief on damages."

Plaintiffs anticipate filing Proposed Findings of Fact and Conclusions of Law ("PFFCL") regarding damages as to the injuries sustained by the five family member Plaintiffs granted default judgment in this case on or before **March 18, 2024**. Plaintiffs hope to make one complete submission regarding all of the family members' damages, but if they are unable to do so for any reason, they will submit a PFFCL for the ascertainable damages on that date, along with a Status Report indicating when they will file a damages PFFCL for the balance of the family member Plaintiffs.

As for the eight surviving Plaintiffs who are the subject of Plaintiffs' Rule 60(b)(1) and (6) Motion to Partially Reconsider Order (ECF No. 35) and Memorandum Opinion (ECF No. 36), ECF No. 38, Plaintiffs will wait for further direction from this Court regarding their claims.

Should the Court have any questions or prefer that Plaintiffs' counsel proceed in a different manner, Plaintiffs respectfully request that the Court schedule a telephonic conference to provide counsel with additional guidance.

Dated: December 19, 2023

Respectfully submitted,

**OSEN LLC**

By:   /s/ Dina Gielchinsky
Dina Gielchinsky (DC Bar No. NJ011)
Gary Osen (DC Bar No. NJ009)
Ari Ungar (DC Bar No. NJ008)
Michael Radine (DC Bar NJ015)
Aaron Schlanger (DC Bar No. NJ007)
Naomi Weinberg (DC Bar No. NJ006)
190 Moore Street, Suite 272
Hackensack, New Jersey 07601
Tel.: (201) 265-6400
Fax: (201) 265-0303

*Attorneys for Plaintiffs*