UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------x

JACOB PAUTSCH, *et al.*,                          :
                                                  :
              Plaintiffs,                         :      Case No.: 20-cv-03859 (JEB)
                                                  :
-against-                                         :
                                                  :
ISLAMIC REPUBLIC OF IRAN, *et al.*,               :
                                                  :
              Defendants.                         :

------------------------------------------------------------------------x

**PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING DAMAGES FOR THREE PLAINTIFFS GRANTED DEFAULT
<u>JUDGMENT IN THE COURT'S DECEMBER 5, 2023, ORDER</u>**

## <u>TABLE OF CONTENTS</u>

INTRODUCTION ............................................................................................................ 1

I.  PROCEDURAL BACKGROUND ............................................................................. 1

II. THE THREE PLAINTIFFS' INJURIES ................................................................... 2

    a.      Solatium Claims Brought by CPL Jason Pautsch's Family Members ............................. 3

        i.     Teri Johnson ............................................................................................................ 3

        ii.    David Pautsch ......................................................................................................... 9

        iii.   Jacob Pautsch ....................................................................................................... 15

CONCLUSION ............................................................................................................. 22

# **TABLE OF AUTHORITIES**

**Cases**

*Borochov v. Islamic Republic of Iran*,
  No. 22-7058, 2024 U.S. App. LEXIS 5653 (D.C. Cir. Mar. 8, 2024) ........................................ 2

*Cabrera v. Islamic Republic of Iran*,
  No. 19-cv-3835 (JDB), 2023 U.S. Dist. LEXIS 14874 (D.D.C. Jan. 27, 2023) ........................ 2

*Estate of Brown v. Islamic Republic of Iran*,
  872 F. Supp. 2d 37 (D.D.C. 2012) ............................................................................................. 3

*Estate of Heiser v. Islamic Republic of Iran*,
  466 F. Supp. 2d 229 (D.D.C. 2006) ........................................................................................... 2

*Murphy v. Islamic Republic of Iran*,
  740 F. Supp. 2d 51 (D.D.C. 2010) ............................................................................................. 3

*Oveissi v. Islamic Republic of Iran*,
  768 F. Supp. 2d 16 (D.D.C. 2011) ............................................................................................. 3

*Peterson v. Islamic Republic of Iran*,
  515 F. Supp. 2d 25 (D.D.C. 2007) .......................................................................................... 2, 3

*Valore v. Islamic Republic of Iran*,
  700 F. Supp. 2d 52 (D.D.C. 2010) ............................................................................................. 2

**Statutes**

28 U.S.C. § 1605A ............................................................................................................................ 1

28 U.S.C. § 1605A(a)(2)(A)(ii)(I) ........................................................................................... 3, 9, 15

28 U.S.C. § 1605A(c) .............................................................................................................. 3, 9, 15

## INTRODUCTION

Plaintiffs hereby submit the following Proposed Findings of Fact and Conclusions of Law ("PFFCL") as to the injuries sustained by three of the five family member Plaintiffs for whom the Court granted default judgment against the Defendants, the Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria"), in its December 5, 2023, Order, ECF No. 35, and Memorandum Opinion, ECF No. 36.

## I.  PROCEDURAL BACKGROUND

This action was commenced pursuant to the Terrorism Exception to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1605A, by the filing of the Complaint on December 31, 2020. ECF No. 1. Following entry of default against Defendants on September 8, 2022, ECF Nos. 25 and 26, Plaintiffs filed their Motion for Default Judgment on September 20, 2023, ECF No. 31. This Court granted default judgment in favor of the five family member Plaintiffs in this case on December 5, 2023, ECF No. 36 at 10-11, and denied default judgment for the eight injured Plaintiffs who survived their terrorist attacks on the basis that they did not articulate a theory of liability for their First Claim of Relief, *id.* at 11-12. Plaintiffs moved for partial reconsideration of the Court's Order on December 12, 2023, ECF No. 38, which the Court granted in part by authorizing Plaintiffs to file an amended complaint and seek a renewed entry of default in favor of the eight injured Plaintiffs, without re-serving the Complaint. *See* January 19, 2024, Minute Order. Plaintiffs filed their Amended Complaint on February 6, 2024, ECF No. 40.

In its December 5, 2023, Order, the Court instructed Plaintiffs to file a status report by December 19, 2023, indicating when they would file a brief on damages. ECF No. 35. In their ensuing status report, Plaintiffs stated that they would file their PFFCL regarding damages as to the injuries sustained by the five family member Plaintiffs granted default judgment on or before March 18, 2024. ECF No. 39.

On March 8, 2024, the Court of Appeals for the D.C. Circuit in *Borochov v. Islamic Republic of Iran* overturned the prior holdings by "most judges in this District who have considered this issue [which] have determined that the material-support prong of the FSIA's terrorism exception extends to attempted extrajudicial killings," *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835 (JDB), 2023 U.S. Dist. LEXIS 14874, at *21 (D.D.C. Jan. 27, 2023), including this Court, *see* ECF No. 36 at 6-7. *See* No. 22-7058, 2024 U.S. App. LEXIS 5653 (D.C. Cir. Mar. 8, 2024). As Plaintiffs set forth in their Notice of New Authority filed on March 15, 2024, ECF No. 44, Plaintiffs will submit further proffers of evidence of extrajudicial killings in the November 11, 2004, and September 1, 2008, attacks for which this Court previously held Defendants liable, and are therefore not submitting damages requests for the family member Plaintiffs injured in those attacks (Erika Neuman and Charles L. Shaffer, Jr.) as part of this PFFCL. This PFFCL only includes damages requests for the three family member Plaintiffs injured in the April 10, 2009, attack in which CPL Jason Pautsch was killed.

## II.    THE THREE PLAINTIFFS' INJURIES

These three Plaintiffs are bringing claims which may be adjudicated within the existing framework for damages in FSIA cases already developed and utilized frequently in this District. *See, e.g.*, *Estate of Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 269, 318 (D.D.C. 2006) (establishing framework for solatium claims); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 85 (D.D.C. 2010) (adopting the *Heiser* framework). Courts in this District have established the following baseline solatium awards for family members of victims who died as a result of terrorist attacks: The spouses of deceased victims typically receive $8 million; their parents receive $5 million; siblings receive $2.5 million; and children receive $5 million. *See Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 52 (D.D.C. 2007) ("*Peterson II*"); *Valore*, 700 F. Supp. at 85; *Heiser*, 466 F. Supp. 2d at 269. Similar to the other baseline awards, these amounts are "not

set in stone," *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010), and may be adjusted based on "an especially close relationship between the plaintiff and decedent, particularly in comparison to the normal interactions to be expected given the familial relationship; medical proof of severe pain, grief or suffering on behalf of the claimant; and circumstances surrounding the terrorist attack which made the suffering particularly more acute or agonizing." *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26-27 (D.D.C. 2011).

Courts in this District have also established baseline solatium awards for family members of victims who survived terrorist attacks: Spouses receive $4 million, parents and children receive $2.5 million, and siblings receive $1.25 million. *See Peterson II*, 515 F. Supp. 2d at 52. Courts have awarded upward departures from those amounts when the victim's family members endured especially severe suffering. *See, e.g.*, *Estate of Brown v. Islamic Republic of Iran*, 872 F. Supp. 2d 37, 43-44 (D.D.C. 2012) (awarding 20% upward departure to victim's sister who "suffered a 'nervous breakdown' following Anthony's death for which she sought medical treatment and was prescribed medication for approximately one year") (citation to record omitted).

Plaintiffs respectfully request baseline damages for two of the three Plaintiffs, and an upward departure for one Plaintiff, as set forth below.

### a.     Solatium Claims Brought by CPL Jason Pautsch's Family Members

### i.     Teri Johnson[1]

CPL Jason Pautsch is the son of Teri Johnson and David Pautsch.[2] Teri and David were married in 1980, and together they had five children: four boys and one girl.[3] Teri explained that

---

[1]      Teri Johnson's declaration and birth certificate confirm that she is a U.S. citizen and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Declaration of Naomi Weinberg ("Weinberg Decl."), Ex. A, birth certificate; Ex. B, Declaration of Teri Johnson, dated September 11, 2023, ¶ 1.

[2]      *See id.*, ¶¶ 1, 5.

[3]      *See id.*, ¶ 5.

unlike their other children, CPL Pautsch "was the only one who had dark brown hair like me," and noted, "he looked a lot like me, too – like my side of the family."[4] Teri "still think[s] of it as something special between us."[5]

During the early years of CPL Pautsch's childhood, the family lived on a rural piece of property in Davenport, Iowa.[6] Teri homeschooled the children, and they enjoyed "hands-on activities," took "field trips," and were "basically together 24/7."[7]

At some point, Teri and David separated and tried to reconcile, but Teri ultimately filed for divorce in 1998.[8] After the divorce was finalized in 2000, Teri had primary custody of the children, and they stayed in the same home in Davenport while David lived elsewhere in the same town.[9] However, after Teri married her second husband in 2002 and moved together with him to another town close by, CPL Pautsch – then fourteen years old – moved in with his father because he didn't want to leave his high school and friends.[10] Since Teri and her husband lived only about 10 minutes away from CPL Pautsch, she continued to see him often – "on Wednesdays, every other weekend, on holidays like Christmas, plus whenever he wanted to spend time with me and his siblings."[11]

Among CPL Pautsch's joys was riding his BMX bike, something he began in elementary school and continued until sometime in 2003 when, while in junior high school, he was in a bad biking accident.[12] Around this time, Teri recalled that "Jason's faith became stronger; he accepted Jesus Christ in his heart."[13] During CPL Pautsch's high school years, Teri "attended lots of games

---

[4]   *Id.*, ¶ 6.
[5]   *Id.*
[6]   *See id.*, ¶ 7.
[7]   *Id.*, ¶ 8.
[8]   *See id.*, ¶ 9.
[9]   *See id.*, ¶ 10.
[10]   *See id.*, ¶ 11.
[11]   *Id.*
[12]   *See id.*, ¶ 13.
[13]   *Id.*

and wrestling matches" and "always enjoyed seeing him compete and be a part of a team."[14]

Before CPL Pautsch attended basic training at Fort Benning in Georgia, he and Teri shared a "wonderful day" when they went horseback riding and ate lunch together.[15] Teri also vividly remembered attending a party David threw for CPL Pautsch and his friends during leave time from Fort Carson, where he'd been stationed after he completed his initial training and before he deployed to Iraq.[16] During that visit, she and CPL Pautsch talked, and then they "hugged each other tightly"; she could tell "he didn't want to let go of me."[17]

Teri and CPL Pautsch's brother Jacob flew to Fort Carson to spend a few days with CPL Pautsch,[18] and as she remembered much of those days, she admitted, "what I hold onto most was the time Jason and I had – only the two of us" and specifically, a "private conversation while sitting on the couch" and "some alone time he and I had in his barracks."[19] Teri described another memorable hug with CPL Pautsch before she and Jacob left as well as when CPL Pautsch "turned and saluted me,"[20] and added, "Those were the last days Jason and I would share; I never saw him alive again."[21]

Although they emailed each other while CPL Pautsch was in Iraq, he and Teri "primarily stayed in touch by phone."[22] She noted that CPL Pautsch "called whenever he wanted to, and no matter what I was doing, I stopped everything to talk with him."[23] He often made her laugh, and she "loved how he stayed connected" with the family; she was "always so happy to hear from

---

[14]     *Id.*, ¶ 14.
[15]     *Id.*, ¶ 17.
[16]     *See id.*, ¶ 18.
[17]     *Id.*
[18]     *Id.*, ¶ 19.
[19]     *See id.*, ¶¶ 19, 20.
[20]     *Id.*, ¶ 22.
[21]     *Id.*
[22]     *Id.*, ¶ 23.
[23]     *Id.*, ¶ 24.

him."[24] Teri recalled that she had to cut their last phone conversation short because she had to bring CPL Pautsch's younger brother to a swim meet; because of this, she confessed, "It hurts me inside when I realized I lost those never-again-moments to share with Jason by phone. I often look back and replay that conversation in my mind."[25]

Two uniformed men arrived at Teri's home on Good Friday, April 10, 2009, to inform her of CPL Pautsch's death, and after they told her he had been killed, she was in shock and "couldn't process any of it."[26] By the time she found her husband in their home, she was "crying and hyperventilating."[27]

Teri described the days and weeks that followed as "all about Jason – and his death"[28] and "[i]n private, my devastation overwhelmed me…When I was alone, my cries were sobs. I cried and cried, and I wailed. It seemed like it never stopped. I believe I had red eyes for weeks."[29] In addition, she explained how "[i]t felt unreal that everything I was living through was actually happening, that Jason was truly gone."[30]

CPL Pautsch's body sustained extensive and horrific injuries as a result of the attack, and because of this, his "body had to be fully wrapped"[31] before it was placed in his casket. Knowing about the damage to her son's body "only added to the distress" that Teri was struggling with.[32]

At many of the funeral services, Teri remained "in kind of a fog."[33] She further explained:

many aspects of the process to lay him to rest were incredibly painful, as if I was being poked and stabbed over and over by a pitchfork. For weeks and weeks, it seemed like we were attending funerals and services. It was very hard to get through

---

[24] *Id.*
[25] *Id.*, ¶ 25.
[26] *Id.*, ¶ 27.
[27] *Id.*
[28] *Id.*, ¶ 28.
[29] *Id.*, ¶ 29.
[30] *Id.*, ¶ 31.
[31] *Id.*, ¶ 32.
[32] *Id.*
[33] *Id.*, ¶ 35.

it, but necessary. Jason deserved the recognition.[34]

In addition, Teri described the images of the military's presentation of the American flag at the cemetery – the flag that had draped CPL Pautsch's casket – as still "clear in my mind," and although she "needed to receive that flag…those moments were heart wrenching."[35] Teri keeps that flag, along with some of CPL Pautsch's medals and patches, in a walnut case with his name, rank, and date of death on a plaque on the outside.[36]

Teri keeps other items in a separate, special chest, many of which are "mementos from the funeral" – including sympathy cards, streamers, and articles – along with "Jason's favorite yellow American Eagle t-shirt" and some of his childhood toys.[37] Although Teri initially found it "incredibly upsetting to go through the chest," when she touches the items now, she "pause[s] and remember[s]."[38] The chest and the walnut case have always been "prominently displayed" in her home, regardless of where Teri has lived since CPL Pautsch was killed.[39]

Beginning soon after the funeral, Teri visited CPL Pautsch's gravesite every other day or so; now, she visits it "more like every other weekend."[40] Sometimes, Teri brought a blanket and sat by CPL Pautsch, and while there, she may have "talked to Jason out loud, or I 'spoke' to him in my head and heart."[41] Teri noted that "[i]f I felt sad, spending time with Jason provided me with some comfort," and she still feels "a closeness between us there."[42]

After CPL Pautsch died, Teri ███████████████████████████████████

---

[34]     *Id.*, ¶ 33.
[35]     *Id.*, ¶ 35.
[36]     *See id.*, ¶ 36.
[37]     *Id.*, ¶ 37.
[38]     *Id.*, ¶ 38.
[39]     *Id.*
[40]     *Id.*, ¶ 39.
[41]     *Id.*
[42]     *Id.*

████████████████████████████████████████████████████ ██

████████████████████████████████████████████████████

████████████████████ Early on, she sought counseling through the TAPS [Tragedy Assistance

Program for Survivors] program and later met with a social worker.[45] Today, Teri "still cope[s]

with anxiety and distress," and because of this, ████████████████████████████████

████████████████████████████████████████████████ ██

Not long after CPL Pautsch was killed, in an effort to honor his life, his memory, and his

legacy, Teri started the program, "Jason's Box."[47] Initially, efforts involved organizing and

sending care packages to soldiers abroad and thanking them for their service.[48] Teri believed her

participation became "a type of therapy for me."[49]

CPL Pautsch was only 20 years old when he was killed, and Teri continues to struggle with

the fact that CPL Pautsch "never had the chance to strive for that [extended military career] or

other goals," and she "never watched him succeed in that way."[50] She further explained, however,

that CPL Pautsch's inability to follow his military path is not what hurts her the most, for she said:

> No one knows where he'd be now, and I ask myself lots of questions – those
> unanswered questions can be overwhelming. As I consider his future, the one that
> never was, I am forced to accept that I never got to see Jason with girlfriends, get
> married, or have children of his own…I never got to meet and love Jason's children.
> I feel I've been ripped off – there's too much Jason never did and that I never got
> to experience with him. At times, I look at myself, and I don't recognize my life
> because of all that never was."[51]

---

43   *Id.*, ¶ 42.
44   *Id.*, ¶ 43.
45   *See id.*, ¶ 42.
46   *Id.*, ¶ 43.
47   *See id.*, ¶ 44.
48   *Id.*
49   *Id.*
50   *Id.*, ¶ 45.
51   *Id.*, ¶ 47.

Teri firmly believes that since 2009, "no days have been as they used to be."[52] She further explained, "October 1ˢᵗ – CPL Pautsch's birthday – is horrible, and Easter weekend is filled with added challenges and painful memories…Good Friday stings me with added pain and remembrances."[53] As she recalled how much CPL Pautsch loved celebrating his birthday, she said that day is "a day I take off from work each year. I am forever Jason's mom, who remembers birthing him and raising him. That day has become the worst day of the year for me – worse than the anniversary date of the day he was killed."[54] The truth is, Teri's life and her family's life were turned "upside down," and she continues to "suffer" and feel "a deep sadness"; she does not expect it will ever change because "[t]ime can never fully heal this kind of pain."[55]

Plaintiffs respectfully request an award of $5 million for Teri Johnson's solatium claim.

### ii.    David Pautsch[56]

David Pautsch is the father of CPL Jason Pautsch.[57] As described briefly above, prior to David's divorce from Teri, the family lived together in Davenport, Iowa, beginning when CPL Pautsch was about two years old.[58] In addition to playing "for hours at the creek and in the woods at the back of the property," David also recalled CPL Pautsch, his brothers, and a neighborhood friend playing lots of "soldier games," and when they got older, the games "became more involved 'war games,' and they played like commandos and conducted 'raids.'"[59]

After the divorce, David lived in Davenport, and the Pautsch children lived with Teri in

---

52   *Id.*, ¶ 48.
53   *Id.*
54   *Id.*, ¶ 12.
55   *Id.*, ¶ 48.
56   David Pautsch's declaration and birth certificate confirm that he is a U.S. citizen and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Weinberg Decl., Ex. C, birth certificate; Ex. D, Declaration of David Pautsch, dated December 26, 2023, ¶ 1.
57   *See id.*, ¶ 1.
58   *See id.*, ¶ 6.
59   *Id.*

their Davenport home. Then, after Teri's remarriage, CPL Pautsch moved into an apartment in Davenport with David, and sometime later, they moved into a larger house where CPL Pautsch lived until he left for basic training. [60]

David noted that prior to the 2003 biking accident, CPL Pautsch had been hanging out with a "bad crowd";[61] however, while at the hospital recovering from his biking injuries, he and David had a "shared religious experience," and after this, CPL Pautsch's "outlook on and approach to life changed dramatically."[62] David plainly saw CPL Pautsch's "national pride,"[63] and watched as he began lifting weights and became a member of the high school football team.[64] During these years, David also observed how "Jesus had come to live in Jason's heart," and together, the two of them "often had wonderful conversations where we discussed, among other things, how the Lord affected his life."[65]

When CPL Pautsch left for basic training at Fort Benning, David "cried and cried" because "for almost four years, it seemed as if it had basically been the two of us."[66] At CPL Pautsch's graduation from basic and Airborne training, David knew his son "was following his path, and I was very proud of him."[67] David vividly recalled a "terrific memory" from one of his visits to Fort Benning where "Jason is running across the area where he had drill training to get to me, and when he reached me, he gave me a great big hug."[68]

When CPL Pautsch came home on leave from Fort Carson for Christmas in 2007, it was

---

[60]   *See id.*, ¶ 7.
[61]   *Id.*, ¶ 10.
[62]   *Id.*
[63]   *Id.*, ¶ 12.
[64]   *See id.*, ¶ 10.
[65]   *Id.*, ¶ 11.
[66]   *Id.*, ¶ 13.
[67]   *Id.*, ¶ 14.
[68]   *Id.*

the last time David celebrated the holiday with him.[69] During this visit, David turned his garage into a "non-stop farewell party" for CPL Pautsch that lasted about a week."[70]

David visited CPL Pautsch a few times at Fort Carson before he deployed, and he was impressed with CPL Pautsch's physical fitness and his military gear.[71] He also recalled at the end of their final visit, "When it was time for me to leave, I hugged him and told him I would be praying for him"; David never saw CPL Pautsch's face again.[72]

While CPL Pautsch was in Iraq, he and David stayed in touch by phone, letters, and through lots of care packages.[73] When CPL Pautsch, then 20, was promoted to corporal and became a squad leader during the tour, David was not surprised because "Jason was capable and bright. He was someone you could always count on,"[74] and he "took his role and responsibilities in the military very seriously."[75] David knew CPL Pautsch planned to reenlist when his contract term came up.[76] Just hours before CPL Pautsch was killed, David spoke with his son for the last time.[77]

Soldiers arrived at David's door on Good Friday to tell him that CPL Pautsch had been killed, and after hearing the news, David had a memorable and incredible experience. David explained, "The Lord whispered in my ear and told me that He had also lost a son on Good Friday," and, according to David, this message "helped me deal with my traumatic grief."[78]

On April 12, 2009, a "very chilly Easter Sunday," David, along with other family members stood at the airport "when Jason's remains, along with those of four other soldiers, were returned

---

[69]   *See id.*, ¶ 15.
[70]   *Id.*
[71]   *See id.*, ¶ 17.
[72]   *Id.*
[73]   *See id.*, ¶ 18.
[74]   *Id.*, ¶ 19.
[75]   *Id.*, ¶ 20.
[76]   *Id.*
[77]   *See id.*
[78]   *Id.*, ¶ 22.

to the U.S."[79] David recalled, "Seeing the flag-draped cases was sobering beyond belief; it was hard to truly process what I was looking at."[80] At some point, David read his son's autopsy report and "looked at the many graphic photos – photos of Jason's body parts, including his innards, etc.," and he admitted, "These are not photos of one's child one wishes to see."[81] However, upon learning that CPL Pautsch's brain stem had been severed and that he had died instantly, David "was glad to learn that my son had not suffered. I knew angels had swooped down and took him off to heaven."[82]

David also described how he cried when he heard a junior high school choir sing the national anthem as he drove past them on his way from the airport to the funeral home.[83] In addition, when he saw approximately 1,200 students standing silently outside CPL Pautsch's high school, he felt it "was an amazing and powerful sight."[84]

Since David needed "to make sure that Jason was, in fact, in the casket" and make sure "that we would be laying my son, and not someone else to rest," David went to the funeral home before the visitation and looked inside the casket.[85] David recalled that even though CPL Pautsch's body "had been wrapped like a mummy," his need to see his son was so powerful that he "began unwrapping his head, and when I did, I saw his face was gone."[86] But that was not enough for David; he "still had to be sure," so, he also "unwrap[ed] his feet a bit" and because he would "recognize his feet anywhere," he confirmed it was his son.[87] David admitted that the fact that "I

---

[79]     *Id.*, ¶ 23.
[80]     *Id.*
[81]     *Id.*, ¶ 24.
[82]     *Id.*
[83]     *See id.*, ¶ 26.
[84]     *Id.*
[85]     *Id.*, ¶ 27.
[86]     *Id.*
[87]     *Id.*

could not see and never would see his beautiful face…was very painful to accept."[88]

Over 2,000 people attended the visitation at CPL Pautsch's high school.[89] During the hours there, David was both "proud and devastated" as well as "very emotional, what I would call a 'soggy mess.'"[90] David was also overwhelmed when people got out of their cars out of respect for CPL Pautsch and his family as they drove to Rock Island National Cemetery for the burial.[91] At the gravesite, David recalled:

> As my son was buried, I understood that only his body was going into the grave, for he was now with our Lord. Yet the experience was filled with pain and emotions, because as a father, I yearned to be with my son here on earth. I wanted more time with my boy. It was another sobering experience, to say the least, and one that I will never forget.[92]

David continues to "treasure my memories of the many conversations" he had with CPL Pautsch and noted, that "although I do not speak with Jason directly, there are times I turn to the Lord and ask him to tell Jason I say hello and that I love him."[93]

For around 10 years after CPL Pautsch was killed, his bedroom in David's house remained "nearly untouched," and, at times, David simply looked into the room and said, "He's just not here anymore."[94] David saved CPL Pautsch's military clothing, sunglasses, and other items and has kept them in a cherry wood chest the Army gave him.[95] However, David explained, "likely the most significant items" he possesses include "the blood-covered uniform Jason had been wearing

---

[88]   *Id.*
[89]   *See id.*, ¶ 28.
[90]   *Id.*
[91]   *See id.*, ¶ 30.
[92]   *Id.*, ¶ 32.
[93]   *Id.*, ¶ 38.
[94]   *Id.*, ¶ 37.
[95]   *See id.*, ¶ 36.

when he was killed and his boots."[96] David cleaned the uniform, and it hangs on the wall of his home.[97]

David's emotional challenges have continued for years. For example, in 2010 and then five or six years later, he experienced "bouts of what I describe as anxiety" where he became "very restless and couldn't sleep."[98] David believed CPL Pautsch's "absence from my life played a role in what I was going through."[99] ████████████████████████████████ but noted "[r]eading the word of the Lord out loud and other 'spiritual weapons'" were helpful to him.[100] Moreover, despite the years that have passed, David still describes his loss and pain as "real."[101]

According to David, the "most challenging part of dealing with the reality that Jason's life with me on earth has ended," has involved:

> all the what ifs: What if he were still alive – Would he be married? Would he have any kids? Might he have stayed in the Army? What would he look like now? What would he be planning for his future? And so much more. Jason never had the chance to mature as a man and be a husband or father, and I never got the chance to witness it all for myself. Each year, when Jason's birthday arrives, it's another reminder of the what ifs that could never be.[102]

In addition, because the military notification came on Good Friday, which that year was on April 10th, David has CPL Pautsch "deep in my thoughts" on both days, "as if I have a double remembrance, and I twice feel the pain of learning my son had been killed and feeling the incredible loss I continue to feel connected to his death."[103]

Plaintiffs respectfully request an award of $5 million for David Pautsch's solatium claim.

---

[96] *Id.*
[97] *See id.*
[98] *Id.*, ¶ 35.
[99] *Id.*
[100] *Id.*
[101] *Id.*, ¶ 34.
[102] *Id.*, ¶ 33.
[103] *Id.*, ¶ 34.

### iii.    Jacob Pautsch[104]

Jacob Pautsch is CPL Pautsch's younger brother, born about two weeks after CPL Pautsch's second birthday,[105] and for years, he and CPL Pautsch shared the lower level of their bunkbed.[106] All five siblings had first names that began with the letter "J," and at times, CPL Pautsch was called, "JP2," and Jacob was called "JP3."[107] Jacob further explained that CPL Pautsch "was not only my big brother, but I also considered him my best friend."[108]

Jacob and CPL Pautsch "loved being outdoors, and nearly every day, we rode our BMX bikes together" and also "went street riding for what felt like all day or all weekend long."[109] The two of them, along with their other brothers and close friend, "spent countless hours" hunting with their BB guns,[110] and from a very young age "pretended to be soldiers…planning 'tactical' exercises and missions" that took place in fields near their rural home.[111] When Jacob and CPL Pautsch were older, they "enjoyed hunting with shotguns and bows and arrows with our Uncle Reed in Wisconsin."[112] In addition to these activities, because they were homeschooled during their early years, Jacob and CPL Pautsch "were together basically all the time."[113]

Jacob also explained how he "will never forget" how CPL Pautsch "looked after me and cared for me when I felt very vulnerable."[114] When the brothers attended public school and Jacob was bullied, CPL Pautsch "protect[ed] and defend[ed]" him.[115] Also, even while CPL Pautsch was

---

[104]    Jacob Pautsch's declaration and U.S. passport confirm that he is a U.S. citizen and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Weinberg Decl., Ex. E, U.S. passport; Ex. F, Declaration of Jacob Pautsch, dated February 6, 2024, ¶ 1.
[105]    *See id.*, ¶¶ 1, 2.
[106]    *See id.*, ¶ 5.
[107]    *Id.*
[108]    *Id.*
[109]    *Id.*, ¶ 7.
[110]    *Id.*, ¶ 6.
[111]    *Id.*
[112]    *Id.*, ¶ 7.
[113]    *Id.*
[114]    *Id.*, ¶ 8.
[115]    *Id.*

busy playing sports in high school, he "still found lots of time for the two of us" after school, over the weekend, and to attend overnight ice fishing trips.[116] And even when Jacob lived with his mother and stepfather – 10 minutes from where CPL Pautsch lived with their father – the two of them still saw each other on weekends, on many weekdays, and when CPL Pautsch picked him up at school.[117]

CPL Pautsch enlisted in the Army after he graduated high school in 2006,[118] and Jacob believed that their uncle, who had been a Special Forces Green Beret, had "instilled a patriotism in Jason" and "motivated Jason to serve."[119] Jacob described CPL Pautsch as a "natural born soldier" and "a leader"[120] as well as "older than his years,"[121] and "very disciplined."[122] He also recalled how "people flocked to follow him."[123] According to Jacob, CPL Pautsch "planned on going to Officer Candidate School and working in Special Operations."[124]

Before CPL Pautsch went to basic training, he gave Jacob his Toyota 4x4 truck, a truck CPL Pautsch truly loved and which Jacob still has today.[125] When Jacob thinks back on this, he is "reminded how terrific it was that he gave it to me," and his image of CPL Pautsch tossing him the keys is "one of my favorite memories."[126] Jacob "can't imagine ever getting rid of it [the truck] even though it's more than 30 years old now."[127]

---

[116]   *See id.*, ¶ 9.
[117]   *See id.*, ¶ 10.
[118]   *See id.*, ¶ 11.
[119]   *Id.*, ¶ 7.
[120]   *Id.*
[121]   *Id.*, ¶ 12.
[122]   *Id.*
[123]   *Id.*, ¶ 7.
[124]   *Id.*, ¶ 12.
[125]   *See id.*, ¶ 11.
[126]   *Id.*
[127]   *Id.*

Once at Fort Carson, CPL Pautsch and Jacob emailed each other and "talked nearly every day," sharing what he called, "brotherly conversations."[128] Jacob was "always excited" to see CPL Pautsch when he came home on leave, creating memories that stand out in his mind, and believes that the gatherings at home "were some of my favorite times."[129] Their connection continued after CPL Pautsch deployed to Iraq, for the two brothers still talked by phone once a week, which made Jacob "very happy."[130] Jacob confessed that he would "give anything to be able to talk with him again."[131]

Jacob said he "will never forget" his last visit to Fort Carson, "the last time I saw my brother alive."[132] For example, he recounted a hilarious wake-up by CPL Pautsch and his friends in the barracks,[133] and a hike up a mountain where they shared a conversation about "what would happen if Jason were killed during his deployment," including that CPL Pautsch would leave his 1985 Bronco to Jacob.[134] During that conversation, Jacob picked up a rock, which he still has today.[135] Even though they had shared that conversation, Jacob confessed, "I really couldn't have imagined him ever dying like that or leaving my world at such a young age."[136] CPL Pautsch left the Bronco to Jacob as promised; however, despite the nostalgic feelings connected to it, Jacob explained, "I didn't want the truck. I was only 18 years old, and all I wanted was to have my big brother back."[137]

Jacob described how CPL Pautsch "always had my back and in any way he could,"[138]

---

[128] *Id.*, ¶ 13.
[129] *Id.*, ¶ 14.
[130] *Id.*, ¶ 21.
[131] *Id.*, ¶ 13.
[132] *Id.*, ¶ 15.
[133] *See id.* at ¶ 16.
[134] *Id.*, ¶ 17.
[135] *See id.*
[136] *Id.*
[137] *Id.*, ¶ 18.
[138] *Id.*, ¶ 21.

"believed in me," and "help[ed] make sure I could believe in myself."[139] For example, from Iraq, CPL Pautsch sent Jacob $500 each month "to invest in my auto detailing business"[140] – one which Jacob had started when he was in 10th grade[141] – and Jacob described CPL Pautsch as his "number one investor."[142] Looking back, Jacob recognized that CPL Pautsch's financial support from years ago made it possible for Jacob's current business "to grow and succeed."[143]

Jacob learned CPL Pautsch had been killed when their father came to his detailing shop, and after hearing the news, Jacob recalled how he "had to isolate myself; I had to be alone."[144] While with his family at Dover Air Force Base when CPL Pautsch's remains were returned to the United States, Jacob still found it "really, really hard to accept what was happening" and said, "It didn't seem real."[145]

The "reality of the unbearable news finally hit" Jacob at the funeral home when he "looked inside the casket and saw my brother's body wrapped up like a mummy. A uniform lay on top of him."[146] When David unwrapped some of the remains, Jacob knew that "[s]eeing my brother's body that way was something I could not even look at" and acknowledged that to do so "was horrific and way too much for me to handle."[147]

At the funeral service, Jacob "tried to take it all in, but the pain in my heart was powerful."[148] He also explained that he "didn't want to be at Jason's gravesite; it was an awful place to be for someone that mattered so much to me," but despite those painful emotions, he

---

139  *Id.*, ¶ 22.
140  *Id.*
141  *See id.*, ¶ 10.
142  *Id.*, ¶ 22.
143  *Id.*
144  *Id.*, ¶ 24.
145  *Id.*, ¶ 26.
146  *Id.*, ¶ 29.
147  *Id.*
148  *Id.*, ¶ 30.

explained how his "'brotherly loyalty' made my presence there something I had to do. I know Jason would have done the same for me."[149]

Soon after CPL Pautsch was killed, ████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████[50] As he looked back in time, Jacob recounted how "[b]eginning when I heard the news of Jason's death, and through this entire period, I became emotionally numb," and "[s]ince then, I don't think I have been able to process emotions as I once did or feel things the way people think I should experience them."[151]

In addition, Jason recalled that "because of all I had been going through," ████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████ █████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████ ███ ██████████████

████████████████████████████████████████████████████████████████

Jacob sold his detailing business the year after CPL Pautsch died and put the proceeds toward his education in historic preservation.[155] One of Jacob's first projects was restoring certain headstones and memorials at the cemetery where CPL Pautsch was buried.[156] Since then, Jacob started a company that develops vertiports and is currently "building one of the nation's first vertiports…where I hope to support the adjacent military base at Rock Island Arsenal."[157] This

---

[149] *Id.*, ¶ 31.
[150] *Id.*, ¶ 33.
[151] *Id.*, ¶ 32.
[152] *Id.*, ¶ 34.
[153] *Id.*
[154] *See id.*
[155] *See id.*, ¶ 38.
[156] *Id.*
[157] *Id.*, ¶ 39.

vertiport is formally named, "The Corporal Jason G. Pautsch Vertiport" in CPL Pautsch's memory and will "feature a monument in Jason's honor" which Jacob commissioned.[158] Jacob said his work "has become everything to me, a way of living something that I could share and expand with my brother even though he isn't with me anymore."[159] Also, over the past few years, he has taken over the leadership of "Jason's Box," and his efforts make him feel "a connection with my brother Jason";[160] however, he knows that "[i]t will never take away the pain and grief I feel from Jason's absence."[161]

CPL Pautsch always gave Jacob "a lot of good advice" and was always willing to listen and support him.[162] Jacob "still work[s] to follow his advice today" and recognizes that CPL Pautsch's "influence upon me did not end when he died."[163] Moreover, as Jacob considered this, he noted, "I lost a companion, a confidant, and a support system…Someone so very special and important should be a part of my life but can't be here. The loss is tremendous, and it is always there."[164]

When reflecting upon "happy times" or the last enjoyable time Jacob shared with CPL Pautsch, Jacob noted:

> I can't seem to only focus on the good feelings. Rather, knowing Jason is gone is a constant source of pain for me when I think about him. I find it hard to put those really sad feelings into words, and frankly, it has spilled over into other aspects of my life.[165]

People have told Jacob that he would eventually "get over" the sadness and grief; however, he does not believe this is true because he "still feel[s] the pain in my heart today and the sadness

---

[158]   *Id.*
[159]   *Id.*, ¶ 40.
[160]   *Id.*, ¶ 41.
[161]   *Id.*
[162]   *Id.*, ¶ 37.
[163]   *Id.*
[164]   *Id.*, ¶ 42.
[165]   *Id.*, ¶ 20.

for his loss on a regular basis."[166] Furthermore, Jacob now concedes, "There came a point when I finally gave up trying to get rid of the depression and sadness. I now understand that the melancholy will be with me forever."[167] He accepted the ongoing suffering and explained, "Each year passing is another year without my brother.…I still have the feeling in my heart that Jason is missing, that he is no longer here. That doesn't go away. I doubt it ever will."[168]

Plaintiffs respectfully request an award of $3 million for Jacob Pautsch's solatium claim, which represents a 20% upward departure from the baseline awards of $2.5 million for siblings of deceased victims and takes into account Jacob's extremely debilitating and severe reaction to his brother's death. ███████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████ to cope with his brother's loss. Plaintiffs' request is in accord with the upward departures granted in similar circumstances. *See, e.g.*, *Bova v. Islamic Republic of Iran*, No. 15-cv-1074 (RCL), 2020 U.S. Dist. LEXIS 94785, at *27 (D.D.C. May 31, 2020) (awarding 20% upward departure to mother who "turned to alcohol, attempted suicide, required hospitalization to alleviate her deteriorating mental condition, and engaged in a series of abusive and threatening relationships" after her son's death); *Baker v. Socialist People's Libyan Arab Jamahirya*, 775 F. Supp. 2d 48, 68, 84 (D.D.C. 2011) (awarding 25% upward departure to brother who battled substance abuse and depression as a result of his sister's death); *Brown v. Islamic Republic of Iran*,

---

[166]  *Id.*, ¶ 35.
[167]  *Id.*, ¶ 34.
[168]  *Id.*, ¶ 43.

872 F. Supp. 2d 37, 43 (D.D.C. 2012) (awarding 20% upward departure to sister who suffered a "nervous breakdown" and required a year of medication after her brother's death).

## CONCLUSION

Plaintiffs respectfully request that the Court order the following compensatory damages awards for the three Plaintiffs identified herein:

| Plaintiff | Solatium claim |
|---|---|
| Teri Johnson | $5 million |
| David Pautsch | $5 million |
| Jacob Pautsch | $3 million |

Dated: March 18, 2024

Respectfully submitted,

OSEN LLC

By:    /s/ Naomi B. Weinberg
Naomi B. Weinberg (DC Bar No. NJ006)
Gary M. Osen (DC Bar No. NJ009)
Ari Ungar (DC Bar No. NJ008)
Dina Gielchinsky (DC Bar No. NJ011)
190 Moore Street, Suite 272
Hackensack, NJ 07601
Tel. (201) 265-6400

*Attorneys for Plaintiffs*