# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------x
JACOB PAUTSCH, et al.,                        :
                                              :   Case No. 20-cv-3859 (JEB)
                Plaintiffs,                   :
                                              :
        -against-                             :
                                              :
ISLAMIC REPUBLIC OF IRAN and                  :
SYRIAN ARAB REPUBLIC,                         :
                                              :
                Defendants.                   :
---------------------------------------------------x

## DECLARATION OF BRIAN NEUMAN

I, Brian Neuman, am over the age of 18 and am fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am a plaintiff in the above-captioned action.

2. On November 11, 2004, I survived an Improvised Explosive Device ("IED") attack in Fallujah, Iraq. Ismail ("Izzy") Zebari was killed in the same attack.

3. In August 2003, I deployed to Iraq and was the leader of a three-man PSYOPS team. By October 2004, Izzy was the interpreter assigned to our PSYOPS team in Iraq. He, like many interpreters, was under contract to L3 Communications/Titan Corporation and stayed at Camp Fallujah on the same base where my team was stationed, located just outside the city. Izzy had been born in Iraq, had emigrated to the United States, and had become a U.S. citizen.

4. On November 11, 2004, I held the rank of Sergeant and was assigned to A company, 2nd Battalion, 7th Cavalry Regiment, 1st Calvary Division out of Fort Bragg, North Carolina.

5. On that day, my Bradley Fighting Vehicle was among 10 to 12 vehicles which headed down a road that essentially divided Fallujah in half. I was seated in the back section of

the Bradley, and Izzy was on my right. The two of us faced the other side of the vehicle where Jarod Delhotal and Mark Rankin were seated. Our driver was seated in the driver's seat, and Capt. Killgore, our truck commander, was seated in the front to his right. Our gunner sat in the turret. See diagram I prepared attached hereto as Exhibit A.

      6.     As we drove that day, shrapnel generated from an IED passed through the vehicle, cut across the chest area of my body armor, and cut through my left arm, well above the elbow. Then, the projectile literally went through Izzy.

      7.     The back of the vehicle quickly filled with smoke dust, and I felt heat from the blast of the explosive device itself. I took off my CVC helmet and, once able to see somewhat more clearly, I saw my left arm was dangling, hanging on only by a few threads from my clothing. I also saw a hole in Izzy's body, and there was fire coming from the area. There was no doubt that he was dead at the scene.

Dated: Jun 6, 2024
San Antonio, Texas

*ASIST – Brian Neuman*
ASIST - Brian Neuman (Jun 6, 2024 09:48 CDT)
Brian Neuman

2

# EXHIBIT A

