# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------x
JACOB PAUTSCH, et al., :
: Case No. 20-cv-3859 (JEB)
Plaintiffs, :
:
-against- :
:
:
ISLAMIC REPUBLIC OF IRAN and :
SYRIAN ARAB REPUBLIC, :
:
Defendants. :
------------------------------------------------------x

**DECLARATION OF SHEVAN ZEBARI**

I, Shevan Zebari, am over the age of 18 and am fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am the brother of Ismail ("Izzy") Zebari.

2. Izzy was killed on November 11, 2004 in an attack upon the convoy in which he was riding in Fallujah, Iraq. Brian Neuman, who was riding in the same vehicle as Izzy, was injured in this attack.

3. Izzy was born on February 25, 1976 in Iraq. He and I grew up in Iraq, and in December 1996, we, along with other members of our family, left the country. In late March 1997, we emigrated to the United States.

4. After arriving in the United States, our family moved to Binghamton, New York. Izzy studied language and earned an Associate Degree from Broome Community College and subsequently attended SUNY Binghamton and earned a Bachelor of Science degree in biology. He then attended SUNY Institute of Technology at Utica/Rome in New York, now SUNY Polytechnic Institute, and earned a degree in civil engineering technology in 2003.

5. In or around March 2004, Izzy became a U.S. citizen.

6. In or around the summer of 2004, L3 Communications/Titan Corporation ("Titan") hired Izzy as an Arabic interpreter.

7. Izzy left for Iraq in August 2004 to begin work as an interpreter. He served as an Army contractor on behalf of the Department of Defense, working to assist the U.S. forces in Iraq.

8. At around 7:00pm New York time on November 11, 2004, three Titan employees arrived at my parents' house. I was 25 years old, and I was living with them at the time. The Titan representatives told us they had bad news: Izzy had been in a convoy that had been attacked that day, and he did not survive.

9. A few years later, in or around 2007, Col. Scotty Lene, who had been in charge of Izzy's convoy, reached out to my family. He told us that because of Izzy's heroism and efforts to assist the U.S. military, he had been seeking to have Izzy awarded the Secretary of Defense Medal for the Defense of Freedom, which acknowledges civilian employees of the Department of Defense who are killed or wounded in the line of duty. Having received approval, Col. Lene traveled to Binghamton to present the medal, a certificate, and a plaque to my parents.

10. While in our home, Col. Lene shared additional details about the November 11, 2004 attack. He told us that when the convoy was attacked, Izzy had been riding in a Bradley Fighting Vehicle. He also said the vehicle had been hit by an armor piercing weapon, and Izzy died because a projectile had struck him in his chest. It was at this meeting that I learned that either the projectile or shrapnel from the explosive device had injured Brian Neuman, who was riding in the same vehicle as Izzy.

Dated: Jun 5, 2024
Medina, Saudi Arabia

*Shevan Zebari (Jun 5, 2024 23:26 GMT+3)*

Shevan Zebari