# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------x
JACOB PAUTSCH, et al.,                  :
                                        :   Case No. 20-cv-3859 (JEB)
            Plaintiffs,                 :
                                        :
    -against-                           :
                                        :
ISLAMIC REPUBLIC OF IRAN and            :
SYRIAN ARAB REPUBLIC,                   :
                                        :
            Defendants.                 :
------------------------------------------------------x

## DECLARATION OF CHARLES J. SHAFFER

I, Charles J. Shaffer, am over the age of 18 and am fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am a plaintiff in the above-captioned action.

2. On September 1, 2008, I was severely injured when an RPG, an explosive device, struck the vehicle I was driving in Iraq. Staff Sergeant Charles Pannell was also severely injured in the same attack.

3. At the time of the attack, I held the rank of Private and was assigned to E Company, 1-8 Infantry Battalion, 3rd Infantry Brigade, 4th Infantry Division out of Fort Carson, Colorado.

4. In late December 2007, I deployed to Iraq and met up with my team in Mosul, Iraq. I met then-Staff Sergeant Charles Pannell on the day I arrived.

5. I vividly remember what occurred on September 1, 2008. As we headed back to base, I drove the last vehicle of our multi-vehicle convoy. There were three others in my vehicle with me: Charles Pannell, the tactical commander, was seated to my right, the medic was seated in the back, and our gunner was in the turret.

6. As we turned left at the market, I was looking up at the rooftops. In those moments, Pannell shouted, "Grenades left! Grenades left!" I turned my head and literally saw one grenade in the air. Then, an anti-tank grenade impacted our vehicle. I immediately saw flames, and I remember thinking I was about to be burned alive.

7. We kept moving, but I was essentially "driving blind" because I couldn't see out the windows – a lot of dust and some type of film seemed to have formed on them. I shouted that the brakes were out, and I kept trying to stop the vehicle, but I couldn't seem to make it stop. We finally stopped when I hit the curb.

8. I looked down and understood why I couldn't stop the vehicle: most of my right leg was gone – all the way up towards my hip. While I screamed and cried from the unbearable pain, I reached for the tourniquet that I kept under my seat, but as I tried to apply it at what was left of my right thigh, it kept slipping down to the meat and bone that remained.

9. Then, I looked to my right and realized Pannell needed a tourniquet for his left leg. He was struggling – his hands were messed up; I think he had burns on them. I immediately worked to latch his tourniquet, and somehow, I tied it for him. I can't explain how I did this while I was losing so much blood and experiencing an unbelievable amount of pain. I can only guess that my medical training kicked in and overrode everything else I was dealing with.

10. Upon my return to the United States, I was treated at Walter Reed Medical Center, as was Pannell. When I saw myself in the mirror a few days after I arrived there, it seemed that all of my face, except for around my eyes, was very dark. I had seen my goggles after the attack and I had noticed not only how scratched they were but also that there were bits of medal or rack imbedded in them. I am forever grateful to Pannell for the fact I have my sight because before we began the mission that day, he had insisted I wear ballistic glasses.

2

Dated: Jun 7, 2024
O'Fallon, Illinois

_____
Charles James Shaffer (Jun 7, 2024 20:13 CDT)

Charles J. Shaffer

3