# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------x
JACOB PAUTSCH, et al.,                    :
                                          :    Case No. 20-cv-3859 (JEB)
                 Plaintiffs,              :
                                          :
     -against-                            :
                                          :
ISLAMIC REPUBLIC OF IRAN and              :
SYRIAN ARAB REPUBLIC,                     :
                                          :
                 Defendants.              :
------------------------------------------------------x

## DECLARATION OF GREG L. SHORE

I, Greg Shore, am over the age of 18 and am fully competent to make this declaration. Under penalty of perjury, I declare the following:

1.     I am the Coroner of Anderson County, South Carolina.

2.     I have held the position of Coroner of Anderson County for over 20 years. Prior to that, I was a Deputy Coroner for Anderson County for six years. I am also certified through the American Board of Medicolegal Death Investigators and have been registered by the National Board of Medical Examiners, Registration #972. I am also a trained paramedic.

3.     On May 8, 2016, I was the Coroner of Anderson County, South Carolina. At 4:40am that morning, I was dispatched to the home of Charles and Bethany Pannell, located at 107 Ellsworth Lane in Anderson, South Carolina. When I arrived at the Pannell home, representatives from the Anderson County Sheriff's Office and EMS personnel were already on the scene. Charles Pannell had been pronounced dead at 4:00am.

4.     Upon my review of the body, including determining the body temperature and the temperature of the liver, I estimated the actual time of death as 1:00am.

5.      Prior to his death, Mr. Pannell had been a disabled veteran, having been seriously injured during his service in Iraq. As a result of the bomb blast which occurred on September 1, 2008, Mr. Pannell sustained multiple injuries which included, but were not limited to, a traumatic amputation of his left leg. Over the years, Mr. Pannell's injuries necessitated multiple surgeries.

6.      On May 7, 2016, the day before Mr. Pannell died, he underwent surgery at Greenville Memorial Hospital surgery on his left stump, the remaining residual limb following the traumatic amputation he had sustained in the September 1, 2008 attack in Iraq.

7.      Based upon my experience and expertise, , I determined that Mr. Pennell died as a result of the injuries he sustained in Iraq. Within the final Coroner's Death Investigation Report, I ruled Mr. Pannell's death "a Homicide due to War Trauma." A copy of the Coroner's Death Investigation Report #2016-0650 is attached hereto as Exhibit A.

8.      An autopsy was ordered and performed by Dr. Brett H. Woodard, the Pathologist for the Anderson County Coroner's Office.

9.      Dr. Woodard performed the necessary examinations, and based upon those findings, along with "the information provided by the family and the coroner's office," he concluded the cause of death to be "aspiration of gastrointestinal contents due to partial small bowel obstruction following combat related injuries." Dr. Woodard's "Final Anatomic Diagnosis" was "War Related Trauma." A copy of the Postmortem Report, Accession Number OA-16-0000102, is attached hereto as Exhibit B.

Dated: Jun 6, 2024
       Anderson, South Carolina

                                                    Greg Shore (Jun 6, 2024 09:54 EDT)
                                                    Greg L. Shore

2

# EXHIBIT A

# Anderson SC Coroner's Office

GREG L. SHORE
P.O.BOX 8002/213 SOUTH TOWERS STREET
864-260-4057    gshore@medshore.com
ANDERSON, SC 29622

**CORONER'S DEATH INVESTIGATION REPORT**

| | |
|---|---|
| Date of Death: | 5/8/2016 1:00:00 AM |
| **Morgue Conveyance** | |
| Burial Removal Transit Permit #: | 230958 |
| Cremation Permit #: | N/A |
| **Investigation** | |
| Investigator: | Greg Shore |
| Date Notified and Time Received: | 5/8/2016 4:07:01 AM |
| Day: | Sunday |
| Coroner Arrival Time: | 5/8/2016 4:50:01 AM |
| Agency Reported To: | Medshore |
| Person Reporting death: | Andrew Barr, Paramedic |
| **Demographics - Basic** | |
| Case Number: | 2016-0650 |
| Case Type: | Coroner Case |
| Case Status: | Active |
| Other Agency #: | |
| Body Bag #: | |
| Decedent Name: | Charles McLaughlin Pannell |
| Race: | White |
| Sex: | Male |
| Date of Birth: | 4/26/1981 |
| Age: | 35 Years |
| Social Security #: | 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 |

| | |
|---|---|
| Drivers License: | |
| Address: | 107 Ellsworth Lane |
| City: | Anderson |
| State: | South Carolina |
| Zip Code: | 29621 |
| Marital Status: | Married |
| Employer: | Disabled Veteran |
| Identified By: | Bethany Pannell |
| How Identified: | Family |
| **Next of Kin** | |
| Next of Kin: | Bethany Pannell |
| Relationship: | Spouse |
| Address: | 107 Ellsworth Lane |
| City: | Anderson |
| State: | South Carolina |
| Zip Code: | 29621 |
| Phone Number: | (864)634-5321 |
| Email Address: | |
| Notified: | NO |
| **Demographics - Professional** | |
| **Family Doctor** | |
| Doctor Name: | |
| Address: | |
| City: | |
| State: | |
| Zip Code: | |
| Phone Number: | ()- |

| | |
|---|---|
| Medical History: | |
| Certifying? | |
| **Hospice** | |
| Hospice: | |
| Address: | |
| City: | |
| State: | |
| Zip Code: | |
| Phone Number: | ()- |
| Hospice Date of Admission: | Unknown |
| Hospice Admission Diagnosis: | |
| **Funeral Home** | |
| Funeral: | The McDougald Funeral Home |
| Phone Number: | (864)224-4343 |
| Fax Number: | (864)225-0918 |
| Email Address: | |
| Address: | P.O. Box 499 |
| City: | Anderson |
| State: | SC |
| Zip Code: | 29622 |
| **Cause/Manner** | |
| Location of Death: | 107 Ellsworth Lane, Anderson, SC |
| Pronouncement of Death- Date/Time: | 5/8/2016 4:00:00 AM |
| Manner of Death: | Homicide |
| Cause Of Death: | War Trauma |
| **Occurrence** | |

| | |
|---|---|
| Injury - Date/Time: | |
| Address: | |
| City: | |
| State: | |
| Zip Code: | |
| Last Seen Alive by Whom: | |
| **Autopsy** | |
| Autopsy Ordered? | Yes |
| Autopsy Type: | Full Post |
| Autopsy Performed At: | AnMed Health |
| Pathologist: | Dr. Brett H. Woodard |
| Autopsy #: | OA-16-102 |
| Decedent Ready for Release: | |
| Decedent Location: | |
| **Narrative** | |
| Case Narrative: | Unexpected death of a 35 y/o disabled Veteran who suffered war trauma in the Iraqi War 8 years ago. He had left leg amputated and was discharged from GMH yesterday for surgery that was done on his left stump, getting ready for new orthopedic limb. His wife reported she woke up and fed their 8 month old child. Afterward she went to check on her husband and found him not breathing and called EMS. She stated he was last seen at 12:30 AM, that he had trouble sleeping and she was sleeping in the baby's room. He has many Rx's that she helps him with. Arrived at the home at 4:40 AM. EMS and ACSO were on scene and the family was sitting in the front yard. Exam was done of the victim, who was supine in bed with Tee Shirt and underwear. There was brown fluid around the nose and mouth, and the body was cool to the touch and early rigor was present with levity. Victim had a C-PAP but wife stated he didn't use it. He has had over 100 surgeries since his injuries in Iraq after a bomb blast. He spent many months at Walter Reed Hospital in Washington. He suffered left leg amputation and Post Traumatic Stress Disorder. Ordered autopsy Dr. Brett H. Woodard reported that there was bowel obstruction and aspiration. Toxicology testing will be sent to SLED. Death ruled a Homicide due to War Trauma. |

# EXHIBIT B

Patient Name: **PANNELL, CHARLES MCLAUGHLIN**
SSN: 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
MR#: 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
**Birthdate:** 4/26/81 **Age:** 35 years **Sex:** Male
**Chart Copy to:** Brett H. Woodard, M.D.
**Chart CC to:**

Client: 00215
Anderson County Coroner-215
P.O. Box 8002
Anderson SC 29622

## Provisional Postmortem Report

Verified Date/Time:
5/9/16 1:56:11 PM

Accession Number:
**OA-16-0000102**

**Provisional Anatomic Diagnosis:**

WAR RELATED TRAUMA.

AMPUTATION WITH REVISION ABOVE THE KNEE LEFT LEG.

SMALL BOWEL ANASTOMOSIS.

FIBROUS ABDOMINAL ADHESIONS.

PARTIAL OBSTRUCTION OF THE SMALL BOWEL.

ASPIRATION OF FOOD AND GASTRIC CONTENTS TO THE RIGHT AND LEFT LUNGS.

OBESITY.

CLINICAL HISTORY OF SLEEP APNEA.

CLINICAL HISTORY OF POST TRAUMATIC STRESS DISORDER.

TH :BHW   05/09/16 13:56                                          Brett H. Woodard, M.D.
                                                                  ---------------------------------------
                                                                  ***(Name indicates Electronic Signature)****

**Provisional Anatomic Comment:**

SEE FINAL REPORT.

Patient Name: PANNELL, CHARLES MCLAUGHLIN
SSN: 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
MR#: 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
Birthdate: 4/26/81  Age: 35 years  Sex: Male
Chart Copy to: Brett H. Woodard, M.D.
Chart CC to:

Client: 00215
Anderson County Coroner-215
P.O. Box 8002
Anderson SC 29622

## Postmortem Report

Verified Date/Time:
7/17/16 10:04:56 AM

Accession Number:
OA-16-0000102

**Final Anatomic Diagnosis:**

WAR RELATED TRAUMA.

AMPUTATION WITH REVISION ABOVE THE KNEE LEFT LEG.

SMALL BOWEL ANASTOMOSIS.

FIBROUS ABDOMINAL ADHESIONS.

PARTIAL OBSTRUCTION OF THE SMALL BOWEL.

GASTRIC REFLUX DISORDER.

ASPIRATION OF FOOD AND GASTRIC CONTENTS TO THE RIGHT AND LEFT LUNGS.

OBESITY.

CLINICAL HISTORY OF SLEEP APNEA.

CLINICAL HISTORY OF POST TRAUMATIC STRESS DISORDER.

CAUSE OF DEATH:
  ASPIRATION OF GASTROINTESTINAL CONTENTS DUE TO PARTIAL SMALL BOWEL
  OBSTRUCTION FOLLOWING COMBAT RELATED INJURIES.

PATHOLOGIST - BRETT H. WOODARD, M.D.

TH :BHW   07/17/16 10:04

Brett H. Woodard, M.D.
-----------------------------------------
***(Name indicates Electronic Signature)****

**Comment:**
This 35 year old male was a war veteran of the United States. He suffered traumatic injuries during the war. He had recently undergone revision of a left leg amputation in preparation for a prosthesis. He went home. He had reflux and intestinal pain under treatment from war trauma. His wife sleeps in a different bedroom than he does. When she came back to his bedroom she discovered him unresponsive. Emergency medical services were summoned and he was pronounced dead.

Jurisdiction over the deceased was assumed by the Anderson County Coroner. Authorization for an

Patient : PANNELL, CHARLES MCLAUGHLIN
Autopsy #: OA-16-0000102

Page 2 of 2
Chart Print Date/ Time: 07/18/16  9:16 AM

Patient Name: **PANNELL, CHARLES MCLAUGHLIN**
SSN: 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
MR#: 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
Birthdate: 4/26/81  Age: 35 years  Sex: Male
Chart Copy to: Brett H. Woodard, M.D.
Chart CC to:

Client: 00215
Anderson County Coroner-215
P.O. Box 8002
Anderson SC 29622

## Postmortem Report

Verified Date/Time:
7/17/16 10:04:56 AM

Accession Number:
OA-16-0000102

autopsy limited to the cause of death was granted.

The postmortem study demonstrated aspiration of food and food contents into the lungs with aspiration pneumonitis. This was associated with dilated stomach and small bowel due to fibrous adhesions of the abdomen. A partial small bowel resection anastomosis line was observed which was intact. Postsurgical administration of medications included Oxycodone.

In my opinion, the cause of death is aspiration pneumonitis due to partial small bowel obstruction from war trauma. Based on this examination and the information supplied by the family and the coroner's office, the manner of death is homicide.

**Clinical Information:**
DATE OF BIRTH: 04/26/1981           AGE: 35  SEX: M  SS#: 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
DATE OF DEATH: 05/07/16              DATE OF PERMIT: 05/09/16

DATE OF AUTOPSY: 05/09/16            TIME: 11:00 AM
TYPE OF AUTOPSY: LEGAL

AUTHORITY BY: CORONER GREG SHORE    RELATION TO DECEASED: N/A
IDENTIFICATION BY: FAMILY

EXAM REQUESTED BY: ANDERSON COUNTY
AUTHORIZATION CONFIRMED BY: DR. BRETT H. WOODARD

PERSONNEL PRESENT: DR. BRETT H. WOODARD, CHIEF DEP CORONER CHARLES
                   BOSEMAN, CORONER GREG SHORE

HISTORY:

OCCUPATION: DISABLED WAR VETERAN

MEDICAL HISTORY: WAR TRAUMA WHILE SERVING IN MILITARY, RECENT AMPUTATION ADJUSTMENT

CIRCUMSTANCES OF DEATH: DISCOVERED DECEASED AT HOME

**External Examination:**

BODY CONDITION: INTACT

HEIGHT: 73 1/2 INCHES                WEIGHT: 250 LBS APPROXIMATE

Patient: **PANNELL, CHARLES MCLAUGHLIN**
Autopsy #: OA-16-0000102

Page 3 of 3
Chart Print Date/ Time: 07/18/16  9:16 AM

Patient Name: **PANNELL, CHARLES MCLAUGHLIN**
SSN: 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
MR#: 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
Birthdate: 4/26/81  Age: 35 years  Sex: Male
Chart Copy to: Brett H. Woodard, M.D.
Chart CC to:

Client: 00215
Anderson County Coroner-215
P.O. Box 8002
Anderson SC 29622

## Postmortem Report

Verified Date/Time:
7/17/16 10:04:56 AM

Accession Number:
**OA-16-0000102**

RACE: CAUCASIAN   EYES: BLUE, NO CONTACTS   HEAD HAIR: BLACK

FACIAL HAIR: MUSTACHE, UNSHAVEN

BODY HEAT: COLD   JAUNDICE: ABSENT

EDEMA: +/- RIGHT LEG   RIGOR: +3   LIVOR: POSTERIOR

BODY HABITUS: ENDOMORPHIC   TEETH: NO ACUTE TRAUMA

**EXTERNAL DESCRIPTION:**

MEDICAL INTERVENTION: EKG PATCHES, BANDAGED WOUND WITH UNDERLYING SUTURED SURGICAL LINE LEFT UPPER LEG TO AMPUTATION STUMP TO MEDIAL ASPECT OF LEFT UPPER LEG

JEWELRY: RING FOURTH FINGER LEFT HAND, WATCH LEFT WRIST LEFT IN PLACE AND SENT WITH BODY TO FUNERAL HOME

CLOTHING: T-SHIRT, UNDERWEAR

TATTOOS: NONE

SCARS: RIGHT MEDIAL FOOT, RIGHT LOWER LEG, RIGHT THIGH, LEFT HIP, LEFT LOWER QUADRANT, VERTICAL LOWER ABDOMEN, AMPUTATION LEFT ABOVE THE KNEE, REPEAT SURGICAL WOUND STUMP OF LEFT ABOVE THE KNEE

MISC: N/A

EVIDENCE OF INJURY: A small contusion is observed over the left lateral aspect of the arm.

Recent surgical wound closed with black suture is seen on the left leg. This is a revised area of the previous left amputation. No purulent discharge or abnormalities are seen.

**Internal Gross Examination:**

BODY CAVITIES: Marked fibrous adhesions are seen throughout the abdomen with adhesions of the omentum and multiple loops of the bowel. No neoplastic infiltrates or areas of hemorrhage are seen.

Patient Name: PANNELL, CHARLES MCLAUGHLIN
SSN: 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
MR#: 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
Birthdate: 4/26/81  Age: 35 years  Sex: Male
Chart Copy to: Brett H. Woodard, M.D.
Chart CC to:

Client: 00215
Anderson County Coroner-215
P.O. Box 8002
Anderson SC 29622

## Postmortem Report

Verified Date/Time:
7/17/16 10:04:56 AM

Accession Number:
OA-16-0000102

CARDIOVASCULAR: The heart weighs 400 grams. The left ventricle is 1.0 centimeter. The right ventricle is 0.5 centimeters. The atria and ventricles are dilated. The myocardium is homogenous without fibrosis or hemorrhage. The coronary arteries follow their normal orientation from the aorta. Mild atherosclerosis is observed. The left anterior descending coronary shows 10% occlusion. The right coronary artery shows 10% atheromatous occlusion. The circumflex coronary artery shows 10% occlusion. The aorta and its major branches show mild arteriosclerotic changes. No aneurysms are observed. No congenital abnormalities or trauma are seen. The cardiac valves are intact without congenital abnormality or vegetations. No intraventricular or intra-atrial congenital abnormalities are seen. The pericardial surface is smooth and glistening without adhesions.

NECK: The neck organs are in their usual location. No hemorrhage into the strap muscles is evident. No fractures or hemorrhages into the cartilaginous structures are seen. The hyoid bone is intact. The epiglottis is without edema. No foreign obstructive material is seen in the glottis or vocal cords. No neoplasia is evident. The thyroid is grossly unremarkable.

RESPIRATORY TRACT: The respiratory tract is patent throughout. No foreign material or trauma is evident.

LUNGS: The right lung weighs 700 grams. The left lung weighs 630 grams. Moderate anthracotic staining is seen. Edema and congestion are observed. Upon opening the bronchial tree, food materials are seen extending into the deep radicals of the bronchi of both lungs. Marked congestion and softening is seen in the lower lobes.

GI TRACT: The GI tract is studied from the esophagus to the anus. The stomach is filled with partially digested food material and liquid. Dilatation of the small bowel is observed with areas of fibrous adhesions producing at least partial obstruction. This is associated with increased fluid concentration within the bowel. A previous suture line is seen in the small bowel. The colon is unremarkable.

ADRENALS: The adrenals are present without hemorrhage, neoplasia, hyperplasia or trauma.

URINARY TRACT: The urinary tract is patent throughout.

MUSCULOSKELETAL SYSTEM: No fractures are seen. Normal muscular development is evident. Obesity is present.

IMMUNOLOGIC SYSTEM: The immunologic system is grossly intact.

SCALP: There is no evidence of recent contusions, abrasions, lacerations on the scalp. No soft tissue hematoma are seen.

CRANIUM: There is no evidence of periosteal hemorrhage or fracture.

Patient Name: **PANNELL, CHARLES MCLAUGHLIN**
SSN: 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
MR#: 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
Birthdate: 4/26/81  Age: 35 years  Sex: Male
Chart Copy to: Brett H. Woodard, M.D.
Chart CC to:

Client: 00215
Anderson County Coroner-215
P.O. Box 8002
Anderson SC 29622

## Postmortem Report

Verified Date/Time:
7/17/16 10:04:56 AM

Accession Number:
**OA-16-0000102**

BRAIN: The brain weighs 1670 grams. There is no evidence of epidural, subdural, or subarachnoid hemorrhage. The vascular system is intact without evidence of aneurysm. Atherosclerosis is not present in the vascular system. Coronal sections through the brain are homogenous without evidence of trauma, neoplasia or intraparenchymal hemorrhage. The ventricles are narrowed. The gyri are dilated and the sulci are narrowed. The brain stem and cerebellum are unremarkable.

SPECIAL STUDIES:
Peripheral blood is saved for toxicology.
Urine is saved for toxicology.
DNA card.
Muscle, kidney, liver for possible toxicology.