# Exhibit E

# Supplemental Expert Declaration of Col. (Ret.) Joel Rayburn

*PAUTSCH, et al. v. ISLAMIC REPUBLIC OF IRAN, et al.*

**Case No. 20-cv-03859 (JEB)**

I, Colonel (Ret.) Joel Rayburn, am over the age of 18 and am fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. The attack in which James Davis was injured was also part of a "coordinated" set of attacks, involving the same terrorist group, signature weapons, targets, area, and time period and the attacks were intended to serve a common goal together.

2. Specifically, the Davis attack was part of a "coordinated" set of attacks which AQI initiated to consolidate its power in the Taji-Tarmiyah-Dujail area and deny U.S. forces access to the area. As I previously explained, by August 2007 non-AQI terrorist groups in the Taji-Tarmiyah-Dujail area had either joined the Awakening movement allied with Coalition Forces or had been subsumed into AQI itself. *See* Expert Report of Col. (Ret.) Joel Rayburn dated Sept. 20, 2023 (Dkt. No. 31-2). I personally traveled to the Taji-Tarmiyah area multiple times in 2007-2008 and learned firsthand of the extent of AQI's consolidation of control over Sunni terrorist groups and operations by that time. I learned that Tarmiyah was a significant AQI operating hub at that point in 2007.

3. Establishing that dominance took several means, *see* Rayburn Report at 13—including demonstrating effectiveness in monopolizing violence in the area. The set of attacks which included the Davis attack was part of that coordinated effort. In just the week following the Davis attack, AQI committed several attacks in the immediate area, killing 20 Iraqis (excluding the attackers), including an interpreter attached to a U.S. Army patrol. That set of attacks included:

- August 14, 2007, vehicle-borne suicide bombing (SVBIED) in the Al Taji area targeting a Tigris agricultural bridge in the Al Tarmiyah area, killing 7 local nationals.

- August 15, 2007, an SVBIED detonated over the Al-Taji bridge which caused the bridge to collapse.

- August 19, 2007, a buried IED struck an Iraqi Army patrol near Camp Taji, killing four.

- August 20, 2007, multiple IEDs (either shallow buried or surface-laid) struck a U.S. Army patrol near Taji, killing the interpreter.[1]

4. Reports also indicate multiple school bombings in the area, which were likely committed by AQI in order to establish its dominance in the region.

5. Each of these attacks were most likely committed by the same terrorist group, AQI (or in some cases, an STGI closely associated and acting in coordination with AQI). They were committed against the same identifiable group of individuals—American service members and their local allies, including members of the Iraqi armed forces and Iraqi civilians assisting U.S. forces. They were committed at similar locations—the Taji-Tarmiyah-Dujail area. They were committed using signature AQI weapons, including in Davis's case a buried IED, sourced from AQI's bombmakers.

6. AQI operatives in this area trained together and worked closely together to commit these and other attacks. And most significantly, they were most likely coordinated and directed by AQI leadership for the specific goal of establishing AQI's dominance of the region. They were not random or unrelated attacks.

Dated: Jun 16, 2024

*Joel D. Rayburn*

Colonel (Ret.) Joel Rayburn

---

[1] Details concerning these attacks is derived from SIGACT reports which recorded each incident.