CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JACOB PAUTSCH et al.,

_____
Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN et al.,

_____
Defendant(s)

Civil Action No.: 20-cv-3859 (JEB)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the judgment _____ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Seyyed Abbas Araghchi
Minister of Foreign Affairs
Ministry of Foreign Affairs
Islamic Republic of Iran
Imam Khomeni Street
Tehran, Iran

by: (check one)
- [x] certified or registered mail, return receipt requested
- [ ] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

/s/ Aaron Schlanger
(Signature)

OSEN LLC
190 Moore Street, Suite 272
Hackensack, New Jersey 07601

(Name and Address)